UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case Number: 3:03cr220-6

United States of America     )
                             )
          Plaintiff,         )
   Vs.                       )           **ORDER**
                             )
Bobby Lee Watson             )
                             )
         Defendant           )

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This <u>26th day of July, 2005.</u>

_____
United States Judge Presiding

FILED
IN COURT
CHARLOTTE, N. C.

JUL 26 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.