UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
IN COURT
CHARLOTTE, N. C.

JUL 26 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

Case Number: 3:03cr220-6

| United States of America | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| Vs. | ) | |
| | ) | |
| Bobby Lee Watson | ) | |
| | ) | |
| Defendant | ) | |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 26th day of July, 2005.

_____
United States Judge Presiding

DOCUMENT SCANNED