**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO.: 3:03CR220**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BOBBY LEE WATSON (6), | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on defense counsel's "Motion to Withdraw as Counsel for Defendant," filed September 22, 2005.

In this Motion, defense counsel advises the Court that in light of allegations made in two letters sent from Defendant to this Court, the attorney-client relationship between Defendant and counsel has completely broken down. Defense counsel believes that in order for Defendant to be adequately represented in the sentencing phase of this case, counsel needs to withdraw and the Court needs to appoint new counsel to represent Defendant.

After reviewing defense counsel's Motion and Defendant's letters, the Court finds that a hearing on this matter is appropriate.

**IT IS, THEREFORE, ORDERED** that the Clerk will schedule a hearing on defense counsel's "Motion to Withdraw as Counsel for Defendant" for **October 27, 2005** at **1:45 p.m.** in the Charlotte Division of the Western District of North Carolina.

**Signed: October 20, 2005**

Richard L. Voorhees
United States District Judge