IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO. 3:03CR220-6-V

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **BOBBY LEE WATSON** | ) | |

**THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of Appeals, filed July 24, 2007,[1] remanding this case for resentencing.

**IT IS, THEREFORE, ORDERED THAT:**

1) This matter is hereby scheduled for resentencing on **Monday, December 3, 2007, in the Charlotte Division;**

2) The United States Marshal is directed to return Defendant to the Western District of North Carolina **on or before November 19, 2007**; and

3) A copy of this Order shall be sent to the Defendant, Defense Counsel, United States Attorney, United States Marshall Service, United States Probation Office and Courtroom Deputy.

Signed: September 17, 2007

Richard L. Voorhees
United States District Judge

---

[1] The mandate issued August 17, 2007.