FILED: September 23, 2009

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 08-4904
(3:03-cr-00220-FDW-6)

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

BOBBY LEE WATSON,

        Defendant - Appellant

_____

M A N D A T E

_____

The judgment of this Court, entered 7/7/09, takes effect today.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*